**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**KAREN MAHONY** **PLAINTIFF**

**V.** **CASE NO. 2:26-CV-2134**

**MYLE RATCHFORD; MAKAYLA MAHONY; MICHEL MEYERS; CHERALYN MAHONY; SARA ADAMS (also known as Sara Davis); SERGEANT DOUG GILLIAM (Franklin County Sheriff's Department); DEPUTY HARRISON NEWHART (Franklin County Sheriff's Department); DISPATCHER ATHENA PELLS (Franklin County, Arkansas); ERNIE WITT (Attorney, Franklin County, Arkansas); CHARLES HOSKYN (Attorney, Franklin County, Arkansas); KALEB BRAUMGARTEN (Attorney, Franklin County, Arkansas); and FRANKLIN COUNTY, ARKANSAS** **DEFENDANTS**

**ORDER**

Now before the Court is the Report and Recommendation (Doc. 7) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, **IT IS ORDERED** that upon preservice screening pursuant to 28 U.S.C. § 1915A, Plaintiff's Motion to Proceed in forma pauperis (Doc. 3) and Motion for Service (Doc. 4) are **DENIED**, and her Complaint (Doc. 2) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 15th day of October, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE